THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS ARNSTEIN, Appellant.

*People* v. *Arnstein*, 172 App. Div. 950, affirmed.
(Argued February 5, 1917; decided February 27, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 4, 1916, which affirmed a judgment of

the Court of General Sessions in the county of New York rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Almuth C. Vandiver* for appellant.

*Edward Swann, District Attorney* (*Robert S. Johnstone* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.